MICHAEL DECARLO, ET AL. v. BOROUGH OF BOGOTA, ET AL.

September 7, 1988.

Petition for certification denied.

OLD BRIDGE CHEMICALS, INC. v. COMMISSIONER, NEW JER-
SEY DEPARTMENT OF ENVIRONMENTAL PROTECTION AND
HAZARDOUS WASTE TREATMENT COUNCIL.

September 7, 1988.

Petition for certification denied.

BROWNING–FERRIS INDUSTRIES OF NORTH JERSEY, INC. v.
CITY OF PASSAIC, ET AL.

September 7, 1988.

Petition for certification granted.